FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR -8 2018

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILLICENT WRIGHT,

    Plaintiff

v.

ATLANTA PUBLIC SCHOOLS and ISIS MANBOARD,

    Defendants

CIVIL ACTION FILE NO.
1:17-CV-975-ODE-LTW

## ORDER

This civil case is before the Court on the Non-Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed February 15, 2018 ("R&R") [Doc. 7]. No objections have been filed.

In the R&R, Judge Walker recommends that (1) Defendants' Motion to Dismiss be granted in part and denied in part, (2) all of Plaintiff's claims against Defendant Manboard be dismissed, and (3) all of Plaintiff's claims against Defendant Atlanta Public Schools ("APS"), except Plaintiff's ADEA claim, be dismissed.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendants' Motion to Dismiss [Doc. 2] is GRANTED IN PART and DENIED IN PART. All of Plaintiff's claims against Defendant Manboard are DISMISSED, and all of Plaintiff's claims against Defendant APS, except Plaintiff's ADEA claim, are also DISMISSED.

The Clerk is DIRECTED to resubmit the case to Judge Walker for further proceedings.

SO ORDERED, this __7__ day of March, 2018.

                        /s/ Orinda D. Evans
                        ORINDA D. EVANS
                        UNITED STATES DISTRICT JUDGE